The relief described hereinbelow is SO ORDERED

Done this 22nd day of December, 2015.

*Dwight A. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No. 15-30240-DHW-13 |
| TISHA ADDISON | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

## ORDER

THIS MATTER came before this court on the Motion for Relief from the Automatic Stay of 11 U.S.C. § 362(a) and Co-Debtor Stay of 11 U.S.C. § 1301 filed by Ally Financial (hereinafter referred to as "Ally Financial"). Based upon the pleadings filed and stipulations of the parties, The Court finds that the Motion for Relief from the Automatic Stay and Co-Debtor Stay filed by Ally Financial is to be **GRANTED** and the Debtor's Objection is **OVERRULED**.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the automatic stay an Co-Debtor stay is hereby terminated to permit Ally Financial to repossess and otherwise proceed against the following property securing the debt of Debtor: **one (1) 2013 Chevrolet Silverado, VIN# 3GCPCSE05DG217037.**

Further, this order is to take immediate effect as provided by Bankruptcy Rule 4001 (a)(3).

This order was reviewed and agreed to by counsel for the Debtor and Trustee.

###END OF ORDER###

This order was prepared by:
SPINA & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800