UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 15–30240
Chapter 13

Tisha Addison

    Debtor

# ORDER

This case is before the court on the following matter:

*35* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Richard D. Shinbaum on behalf of Tisha Addison. Responses due by 01/27/2016. (Attachments: # 1 Exhibit amended plan) (Shinbaum, Richard) Additional attachment(s) added on 1/4/2016 (CS).

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 28th day of January, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge