# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                Case No. 15−30240
Tisha Addison                                Chapter 13

      Debtor

## ORDER

This case is before the court on the following matter:

*35* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Richard D. Shinbaum on behalf of Tisha Addison. Responses due by 01/27/2016. (Attachments: # 1 Exhibit amended plan) (Shinbaum, Richard) Additional attachment(s) added on 1/4/2016 (CS).

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 28th day of January, 2016.

Dwight H. Williams Jr.
United States Bankruptcy Judge

```
                            United States Bankruptcy Court
                             Middle District of Alabama
In re:                                                              Case No. 15-30240-DHW
Tisha Addison                                                       Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
```

District/off: 1127-2        User: jmclain              Page 1 of 1           Date Rcvd: Jan 28, 2016
                            Form ID: ogr9007           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2016.
db             +Tisha Addison,   402 Dillard Lane,    Montgomery, AL 36116-6352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Enslen  Crowe    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@sirote.com
              Paul J. Spina, III    on behalf of Creditor    Ally Financial pspina@spinalavelle.com
              Richard D. Shinbaum    on behalf of Debtor Tisha  Addison rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 5