**Exhibit C**

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | 3/27/2015 | $2,216.37 | | | $2,216.37 |
| | 2/1/2015 | $2,159.04 | | | 4/7/2015 | $2,175.00 | $41.37 |
| | | | 4/30/2015 | $2,175.00 | | | $2,216.37 |
| | 3/1/2015 | $2,159.04 | | | 5/5/2015 | $2,216.37 | $0.00 |
| | | | 5/29/2015 | $2,216.37 | | | $2,216.37 |
| | 4/1/2015 | $2,159.04 | | | 6/5/2015 | $2,216.37 | $0.00 |
| | | | 7/7/2015 | $2,216.37 | | | $2,216.37 |
| | 5/1/2015 | $2,159.04 | | | 7/8/2015 | $2,216.37 | $0.00 |
| | | | 8/12/2015 | $2,216.12 | | | $2,216.12 |
| | 6/1/2015 | $2,159.04 | | | 8/13/2015 | $2,216.12 | $0.00 |
| | | | 2/4/2016 | $39.62 | 2/4/2016 | $39.62 | $0.00 |
| | 7/1/2015 | $2,159.04 | 2/15/2016 | $2,159.04 | 2/15/2016 | $2,159.04 | $0.00 |
| | | | 2/15/2016 | $2,158.98 | | | $2,158.98 |
| | | | 2/23/2016 | $0.06 | | | $2,159.04 |
| | 8/1/2015 | $2,159.04 | | | 2/24/2016 | $2,159.04 | $0.00 |
| | | | 3/1/2016 | $2,159.04 | | | $2,159.04 |
| | 9/1/2015 | $2,159.04 | | | 3/2/2016 | $2,159.04 | $0.00 |
| | | | 3/22/2016 | $2,159.04 | | | $2,159.04 |
| | 10/1/2015 | $2,159.04 | | | 3/23/2016 | $2,159.04 | $0.00 |
| | | | 5/6/2016 | $2,159.04 | | | $2,159.04 |
| | 11/1/2015 | $2,159.04 | | | 5/9/2016 | $2,159.04 | $0.00 |
| | | | 6/1/2016 | $2,159.04 | | | $2,159.04 |
| | 12/1/2015 | $2,159.04 | | | 6/2/2016 | $2,159.04 | $0.00 |
| | 12/1/2015 | ($2,159.04) | | | 6/10/2016 | ($2,159.04) | $2,159.04 |
| | 11/1/2015 | ($2,159.04) | | | 6/10/2016 | ($2,159.04) | $4,318.08 |
| | 10/1/2015 | ($2,159.04) | | | 6/10/2016 | ($2,159.04) | $6,477.12 |
| | 9/1/2015 | ($2,159.04) | | | 6/10/2016 | ($2,159.04) | $8,636.16 |
| | 8/1/2015 | ($2,159.04) | | | 6/10/2016 | ($2,159.04) | $10,795.20 |
| | 7/1/2015 | ($2,159.04) | | | 6/10/2016 | ($2,159.04) | $12,954.24 |
| | 6/1/2015 | ($2,159.04) | | | 6/16/2016 | ($2,160.79) | $15,115.03 |
| | 5/1/2015 | ($2,159.04) | | | 6/16/2016 | ($2,159.04) | $17,274.07 |
| | 4/1/2015 | ($2,159.04) | | | 6/16/2016 | ($2,159.04) | $19,433.11 |
| | 3/1/2015 | ($2,159.04) | | | 6/16/2016 | ($2,159.04) | $21,592.15 |
| | 2/1/2015 | ($2,159.04) | | | 6/16/2016 | ($2,117.67) | $23,709.82 |
| | 2/1/2015 | $2,159.04 | | | 6/17/2016 | $2,159.04 | $21,550.78 |

Case Number:  1530240

EXHIBIT C

Debtor name: TISHA L SCOTT ADDISON     Bk Filing Date: 1/30/2015     First PP PmtDueDate/Amt: 2/1/2015 / $2159.04

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 3/1/2015 | $2,159.04 | | | 6/17/2016 | $2,159.04 | $19,391.74 |
| | 4/1/2015 | $2,159.04 | | | 6/17/2016 | $2,159.04 | $17,232.70 |
| | 5/1/2015 | $2,159.04 | | | 6/17/2016 | $2,159.04 | $15,073.66 |
| | 6/1/2015 | $2,159.04 | | | 6/20/2016 | $2,159.04 | $12,914.62 |
| | 7/1/2015 | $2,159.04 | | | 6/20/2016 | $2,159.04 | $10,755.58 |
| | 8/1/2015 | $2,159.04 | | | 6/21/2016 | $2,159.04 | $8,596.54 |
| | 9/1/2015 | $2,159.04 | | | 6/21/2016 | $2,159.04 | $6,437.50 |
| | 10/1/2015 | $2,159.04 | | | 6/22/2016 | $2,159.04 | $4,278.46 |
| | 11/1/2015 | $2,159.04 | | | 6/22/2016 | $2,159.04 | $2,119.42 |
| | | | 7/20/2016 | $39.62 | | | $2,159.04 |
| | 12/1/2015 | $2,159.04 | | | 7/21/2016 | $2,159.04 | $0.00 |
| | 1/1/2016 | $2,159.04 | | | | | $0.00 |
| | 2/1/2016 | $2,159.04 | | | | | $0.00 |
| | 3/1/2016 | $2,159.04 | | | | | $0.00 |
| | 4/1/2016 | $2,149.43 | | | | | $0.00 |
| | 5/1/2016 | $2,149.43 | | | | | $0.00 |
| | 6/1/2016 | $2,149.43 | | | | | $0.00 |
| | 7/1/2016 | $2,149.43 | | | | | $0.00 |
| Totals | | $38,824.28 | | $24,075.71 | | $24,075.71 | |

Case Number: 1530240

EXHIBIT C

Case 15-30240    Doc 39-4    Filed 08/22/16    Entered 08/22/16 14:24:30    Desc  PAY HISTORY    Page 3 of 3