**Exhibit D**

## Post-Petition Fee Breakdown Addendum

| Description of Fee or Charge | Date Incurred | Amount |
|---|---|---|
| N/A | N/A | $0.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Fees And Charges Due |  | $0.00 |